**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  **OCT 21 2013**  ★

LONG ISLAND OFFICE

Santhosh Paul©

"Entity" In Propria Persona

Solely For Purpose                              CASE #: CV13-5047 (SJF)(AKT)

Of Equitable Relief


Vs

STATE OF NEW YORK

D/B/A: ANNE DONNELLY and UNITED STATES

G. KEVIN LUDLOW

SALLY THOMPSON

ELLEN ALEXANDER

GARY MORGIEWICZ


**NOTICE TO THE COURT**


**The following individuals have been given notification of the forthcoming filing strictly as a professional courtesy and as such this Private Party has fulfilled his obligations as to FULL DISCLOSURE of all matters pertaining to my formal request to the CLERK OF MY "SPECIAL VISITATION" into the Public Venue for these matters as outlined within the following ( ) pages and ONLY for the matters articulated as this Private Party is withholding my voluntary consent with the State of NEW YORK without dishonor for the reason I am in the Private Venue and the Public Venue is foreign to me; I don't recognize it and we have no agreement for the purpose(s) in which the State of NEW YORK may purpose their offer(s) to contract.**

1

Department of Rehabilitation and Corrections

Parole Service Coordinator

 D/B/A: **ANNE DONNELLY**

**G. KEVIN LUDLOW**

**SALLY THOMPSON**

**ELLEN ALEXANDER**

**GARY MORGIEWICZ**

 **THE STATE OF NEW YORK OVER A FOREIGN STATE AND A STATE CITIZEN DOMICILED IN A FOREIGN STATE AND THE STATE OF NEW YORK TO HAVE JURISDICTION OVER A STATE CITIZEN OF A FOREIGN STATE WITH NO NEXUS WITH THE STATE OF NEW YORK**

### NOTICE TO THE COURT

 Santhosh-Paul ●, Sui Juris, is Now giving FULL NOTICE OF DISCLOSURE as to my formal request to the CLERK OF MY "SPECIAL VISITATION" made by absolute ministerial right to the UNITED STATES DISTRICT COURT pursuant to Rule 8(e) of the Rule of Practice and Procedure as a "Restricted Appearance."

Comes Now Santhosk-Paul ●, Sui Juris, a real flesh and blood man, a State Citizen and Inhabitant of the County of NASSAU County, by SPECIAL VISITATION, not general to Petition the Court to dismiss the lack of standing of the STATE OF NEW YORK, a corporation of the State of NEW YORK, to bring suit against a State Citizen outside the jurisdiction of the STATE OF NEW YORK in the above matter.

2

**FACTS**

1. Santhosh-Paul ● is a State Citizen, not a citizen of the United States as defined within the Fourteenth Amendment to the Constitution of the United States.
2. Santhosh-Paul● is a Non-Adverse, Non-Belligerent, Non-Combatant, and Secured Party/Bailor for the Private Trust, Santhosh-Paul ● has declared his proper Legal Status and relation to the "State of NEW YORK" i.e. "Republic of NEW YORK ," and to the de facto compact (corporate) Commercial STATES including, but not limited to, "THE STATE OF NEW YORK ," or by whatever name it may be known or hereafter named [See Commercial filing of U.C.C. Financing Statement No: 201304010174208.].[See Exhibit "A".
3. **Black's Law, Abridged 6th ed. Pg. 261** Criminal Proceeding. One instituted and conducted for the purpose either of preventing the commission and punishing the offender; as distinguished from a "civil" proceeding, which is the redress of a private injury.

   **Once Jurisdiction is challenged, it must be proven.**

4. The power which a court has over a defendant's person and which is required before a court can be either personal or in personam judgment (**Pennover v, Neff** 95 U.S. 714 24 L. Ed 565).
   a. Live in district;
   b. Own property in district;
   c. Perform act that commits injury in the district;
   d. Perform a service or business in the district;
   e. Waive jurisdiction.
5. Personal jurisdiction is lawfully exercised over a defendant if the person lives in a jurisdiction, operates a business in a jurisdiction, owns property in a jurisdiction, or commits an act that causes injury in a jurisdiction **and** has had notice and opportunity free from fraud or mistake and in receipt of service and has had a copy of the petition, claim, or complaint if these elements are complete. Even if these elements are lacking, personal jurisdiction can be waived by appearance, excepting a person, not represented by counsel entering a special appearance for the purpose of challenging the courts personal jurisdiction.
6. As **previously articulated** Defendant  Santhosh Paul ● is a State Citizen, a flesh and blood man domiciled in Nassau  County  and therefore not subject to the jurisdiction of the STATE OF NEW YORK    .

**Subject Matter Jurisdiction**

Subject matter jurisdiction is the court power to hear and determine cases of general class or category to which proceedings in question belong; the power to deal with the general subject involved in the action consent of the parties, or through lapse of time or course of events other than the sufficient pleadings. **Once established subject matter jurisdiction can be lost.** When subject matter jurisdiction has been challenged the party asserting that the court has subject matter jurisdiction has the burden of proof of showing that it exists on the record. Once the court has knowledge that subject matter is lacking, the court has no discretion but to dismiss the action. Failure to dismiss means the court is proceeding in clear absence of all jurisdiction. Once jurisdiction is challenged it must be proven **Hague v. Lavine**, 415 U.S. 533 note 3.

In short, court proceedings must meet the following criteria to have subject matter jurisdiction:

   a.  Two parties in appearance. One injured party;
   b.  A Law, Statute, or precedent on the controversy
   c.  Two witnesses and testimony. Attorney's cannot testify
   d.  Sufficient pleadings
   e.  Subject matter jurisdiction cannot be waived and it can easily be lost

The law provides that where "jurisdiction" is squarely challenged, all administrative and judicial **enforcement of a supposed law must come to an end** in the nature of an abatement and must be proven to exist-by production and pleading of the jurisdictional facts on the administrative level (5U.S.C. §§ 101-559, §§701-705 govern the issue).

Where jurisdiction is an issue of entirety the more imposition of jurisdiction is an assaiable order itself and **must be** pleaded at the administrative level. Jurisdiction once challenged **cannot** be assumed and must be decided. The law provides that absent such proof of jurisdiction there is no subject matter to enforce. This principle is well set forth in **Main v. Thisboutout**, 100 S. Ct. 2502, dissenting opinion.

STANDING TO SUE DOCTRINE

Standing to sue means that a party has sufficient stake in an otherwise justiciable controversy in order to obtain a judicial resolution of that controversy. Standing is a requirement that the Plaintiff(s) have been injured **Black's Law Abridged 6th Ed. Pg. 978.**

The NASSAU County Prosecuting Attorney d/b/a: **ANNE DONNELLY** and/or her successor(s), assign(s) and agent(s) known as Assistant Prosecuting Attorney is/are representing her client, THE STATE OF NEW YORK.

The Secured Party Trust challenges the ability of the STATE OF NEW YORK, and the NEW YORK STATE PAROLE BOARD being a party to the action and having standing to sue.

4

### State Crimes

#### Rules of Criminal Procedure Rule 1:

(A) Applicability these rules prescribe the procedure to be followed in all courts of this state in the exercise of criminal jurisdiction.

In order to define the jurisdiction of the state courts to conduct criminal prosecutions over all justiciable matters, one would have to find out what the definition of "criminal jurisdiction" means. One would find in **State v. Beasley (1984)**, 471 N.E. 2d 774, the court reasoned that "[C]rimes are statutory as are the penalties therefore, and only the sentence which a trial judge may impose is that provided by the statute."

Now adding a citation from the F.R.C.P. Rule 26, Notes of Advisory Committee on Rules Para. 2 in the middle. "On the other hand, since **all** federal crimes are statutory {See **United States v. Hudson,** 11 U.S. 32. 3 L. Ed. 259 (1812)] and all criminal prosecutions in the federal courts are based on "Acts of Congress."

One can safely draw the conclusion that all crimes within or against the State are, in fact, prosecuted under the ploy of "statutory jurisdiction." Which upon research and investigation, by any layman or student to the law, one will find that statutory jurisdiction is defined nowhere within the law and it's lawfully called FRAUD UPON THE COURT and it's a Federal violation of the law.

Under F.R.C.P. 54(c), "Acts of Congress" includes any act of Congress **locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession.**

Each of us knows where the District of Columbia is, and where Puerto Rico is, and territories and insular possessions are listed in Title 48 of the United States Code and any State Codes is not included within the list. It appears that, in 2002 the federal judiciary decided to remove Rule 54(c) from the F.R.C.P. and revitalize Rule 54 as Rule 1 while removing the definition of "Act of Congress" altogether.

A clear explanation to the limited extent of Federal Jurisdiction in agreement with the above is found in the U.S. Attorney Manual, Section 9-20.000 entitled "Maritime Territorial, and Indian Possession."

Upon review, it seems that the most people in the fifty union States, living outside the federal zone, come under Rule 54(b)(2) of the F.R.C.P. entitled "Offenses Outside a District or State,":

#### (2) Offenses Outside a District or State

These rules apply to proceedings for the offenses committed upon the high seas or elsewhere out of the jurisdiction of any particular state or district except that such proceedings may be had in any district authorized by 18 U.S.C. §3238.

Article III district courts of the United States, as defined in 28 U.S.C. §45(8) and the three remaining territorial courts (See 18 U.S.C. §23 and F.R.C.P. 54(a) for the listing of legitimate "Article IV" territorial courts which have somewhat the character and authority of Article III district courts of the United States situated in the Union of the several states), are courts of the United States.

The Article III district court was defined in a 1938 Supreme Court decision in **Mookini v. United States**, 42 S. Ct. 543, 303 U.S. 201, 82 L. Ed. 627 and 28 U.S. 312 as follows:

"The term "District Court of the United States<" as used in the rules, without an addition expressing a wider connotation, has its historic significance. It describes the Constitutional Courts created under Article III of the Constitution, properly speaking, and is not District Courts of the United States. We have often held that vesting a territorial court with jurisdiction similar to that vested in the District Court of the United States does not make it a "District Court of the United States."

Whenever territories of the United States were admitted to the union (in this case re: 00035N-2007 ), Article I territorial courts replaced by Article III District courts of the United States. The fact that the territorial courts were abolished with admittance of a territory to the Union of the several states, party to the Constitution is verified in §§62-64 of the Act of March 3, 1911, Ch. 231, 36 Stat 1104.

Sec. 62 *"When any Territory is admitted as a State, and a district court is established therein, all records of the proceedings in the several cases pending in the highest court of said Territory at the time of such admission, and all records of the proceedings in the several cases in which judgments of decrees had been rendered in said Territorial court before that time, and from which error had been sued out/or appeals had been taken and prosecuted to the Supreme Court or to the circuit court of appeals, shall be transferred to and deposited in the district court for the said States."*

Sec. 63 *"It shall be the duty of the district judge, in the cases provided in the proceeding section to demand on the clerk or other person having possession or custody of the records therein mentioned the delivery thereof to be deposited in said district court; and in the case of refusal of such clerk or person to comply with such demand the said district judge shall compel the delivery of such records by attachment or otherwise, according to law."*

Sec. 64 *"When any territory is admitted as a State, and a district court is established therein, the said district court shall take cognizance of all cases which are pending and undetermined in the trial courts of such territory from the judgments of decrees to be rendered in which writs of error could have been sued out or appeals taken to the Supreme Court or to the circuit court of appeals, and shall proceed to hear and determine the same."*

The above sections were derived from §§567-568 of the Revised Statutes of 1878, page 97, therefore, they weren't new in 1911 or even in 1878, but originated previously. They clearly demonstrate that the nature of the courts of the United States (including State courts) is an either/or proposition. Either they must be district courts of the United States, vested with Judicial power of the United States via Article III of the Constitution, or they must be Article I legislative courts, with territorial courts having jurisdiction limited to territory subject to Congress Article IV §3.2 legislative authority. There is no statutory

6

provision or justification for maintaining territorial courts once a territory of the United States is admitted to the Union of the several States. When a territory is admitted to the Union, only Article III courts of the United States may make determinations that deprive the sovereign people of life, liberty, or property. The Fifth Article of the Amendment, as well as, the "arising under" clause at Article III §2.1 of the Constitution, cannot be abridged by Congress or the judicial branch of government.

It should now be obvious that the, STATE OF NEW YORK COURTS situated in the State of NEW YORK are not Article III Constitutional courts, and they are not Article I territorial courts, known as State of NEW YORK District Courts. It is fair to say they are, in fact, "outlaw" courts which do not exists by laws of the United States

Promulgated by Congress, and do not exercises judicial authority of the United States.

Next, it is important to understand that the "State of NEW YORK " responsible for civil and criminal initiatives in the State of NEW YORK Courts is a government foreign to the State of NEW YORK that has no constitutional or statutory authority in the State, party to the Constitution. Where State government has two capacities or characters, there are two distinct political alliances or coalitions named "State of New York."

The original State of New York, spelled with capital first letters, "to secure its blessings and promote our common welfare" by the "Constitution of the State of New York." This same State of New York appears in the Preamble of the Constitution of the State of New York: "We the people of the State of New York do not establish this Constitution."

The Constitution of the State of New York enumerates certain powers vested in the governmental entities known and designated as the State of New York, not the STATE OF NEW YORK. Limitations on State of New York authority are also articulated in the Constitution of the State of New York .

> "All political power is inherent to the people. Government is instituted for their equal protection and benefit, and they have the right to alter, reform, or abolish the same, whenever they may deem necessary."

> "The enumeration of rights shall not be construed to impair or deny others retained by the people, and all powers, not herein delegated, remain with the people."

By substituting the "State of New York "for the "STATE OF NEW YORK "as the principle interest in State civil and criminal initiatives is only the beginning of fraud.

The State of New York is a political coalition, compact, or alliance of insular possessions known as "Counties" or "County of" subject to sovereignty of the State of New York via the General Assembly's plenary power in territory belonging to the State of New York under authority of Articles of the Constitution.

According to the State Constitutional Article titled: PUBLIC DEBT AND PUBLIC WORKS, *"The state shall not become joint owner or stockholder," and "The credit of the state shall not in any manner, be given or loaned t, or in aid of any individual association or corporation whatsoever, nor shall the state hereafter become joint owner or stockholder, in any company or association in this state, or elsewhere, formed for any purpose what so ever."*

Further in the Article we read in part: "NO laws shall be passed authorizing any county, city, town, or township, by vote of its citizens, or otherwise, to become stockholder in any joint stock company, Corporation or association what so ever."

By putting the STATE OF NEW **YORK in substitute of State of New** York**, we know by way of several of the United States Code(s), delegations of** authorities, treaties, etc., the STATE OF NEW YORK, is lawfully defined as an Agency of the State of New York. The entity itself is probably classified or designated as a municipal corporation.

Accordingly the "State of New York "must bring action, "at the instance of the State of New York "in a district court of the United States" in all civil and/or criminal actions.

In the action before the court, it is the STATE OF NEW YORK brought the action in THE STATE OF NEW YORK COURT.

**THE STATE OF NEW YORK does not have the "standing to sue."**

Virtually every initiative in both civil and criminal actions is, in fact, defective by virtue of being without lawful authority. All cases are prosecuted in the State of New York courts, in the name and by the authority of the State of New York . No Article III or Article I Jurisdiction of the United States is vested in the STATE OF New York courts in or within the State of New York. They are not courts created by Congress, they are private courts created by judicial consortium. The folks appointed under Article IV §1 of the Constitution to preside in lawful courts of the state of New York , but without constitutional or statutory authority elected to set up a system of private courts systems which, in fact, operate under the territorial illusion. The courts in the State of New York have been operating in this same manner and fashion for countless years, however, this does not mean the illusion is legal or lawful, it's" just the way business is done." That is the purpose and intention of this jurisdictional challenge, to demand that the State of New York and its agencies operating under the entity of THE STATE OF NEW YORK prove lawful personal and subject Matter jurisdiction over this or any private citizen.

The claim **was and is**, that the New York Department of Rehabilitation and Correction, as well as, the New York Adult Parole Authority did **not** and **does not** have lawful jurisdiction over this Private Citizen which would allow the New York Department of Rehabilitation and Correction and the New York Adult Parole Authority to have any alleged authority over or power to enforce any debt(s), duty(s), fee(s), fine(s) or obligations upon this Private Citizen.

Before the trial court determines it necessary to dismiss this challenge for "failure to state a claim upon which relief can be granted," pursuant to Fed. R. Civ. P. 12(b) (6) let the court be reminded Fed. R. Civ.**P.**

8

12(b) (6) is an application, it is a challenge made at the very beginning of a case. By accepting the State Of New York's claim of "failure to state a claim upon which relief can be granted" would imply that this court has to accept all of the State of New York's allegations as being true, without lawfully providing documented evidence, while ignoring this Private Citizens claim that the State of   New York d/b/a the New York Department of Rehabilitation and Corrections and/or the New York Adult Parole Authority, has no lawful jurisdiction over this Private Citizen and indicate that this Private Citizens challenge has absolutely no merit or lawful standing in its courts. This Private Citizen has provided the State of New York, Department of Rehabilitation, the New York County Court of Common Pleas, the County Clerk of Courts and its Agency(s), Sub-Agency(s), Agent(s), Subordinate(s) with lawful registered and accepted document evidence (proof) of his status as a Private Citizen, as well as, his standing with the State of New York and all of its counties. While those Agent(s) in administrative positions, such as the New York Secretary of State, have confirmed the validity of this Private Citizens lawful status as a State Citizen not bound by the restriction of a Fourteenth Article of Amendment Constitutional citizen, State of New York agency known as the New York Department of Rehabilitation and Correction believes that they are not required to recognize commercially registered instruments

This Private Citizen understands he may be a layman of the law, however, this Private Citizen has found no place in the law where it states anything  contrary to "Once jurisdiction is Challenged, it _must_  be proven." To allow the State of New York to get by with not answering this challenge would, in fact, be deliberate "Fraud Upon the Court," committed by both the State of New York  and those individuals appointed under Article IV §1 of the Constitution to preside in lawful courts of the state of New York        .

The law clearly states that if the State of New York claims to have jurisdiction over this Private Citizen then the State of New York d/b/a the New York Department of Rehabilitation and Correction, a/k/a Adult Parole Authority must upon formal request and/or petition provide under full disclosure the contracts, documents, instruments, presentments, evidence and/or proof of said jurisdiction.

New York If the Law(s) and Statute(s) cannot be certified or jurisdiction proven, all charges shall become null and void and the release or property shall be released [P.R.C/ Parole] from the State of , its Agency(s), Sub-Agency(s), Agent(s) and Subordinates, including but not limited to, the Department of Rehabilitation and Corrections.

Respectfully Submitted,

Santhosh Paul©

Bailor and Paramount Creditor

"Without Prejudice"

U.C.C. §§ 1-207, 1-103, 1-105, 10-104

The foregoing is true, correct, and complete, the truth, the whole truth, and nothing but the truth, as

Sworn under penalty of perjury and executed upon unlimited Commercial Liability, in accordance with 28 U.S.C. §1746(1); executed this          day of                    in the year of 2013 A.D., without prejudice, U.C.C. §1-207; 28 U.S.C. §1603(b) (3); 8 U.S.C. §1101(a) (14); U.C.C. §1-202; U.S.C.A. Const. Art. IV §4; Republic: Nun Pro Tunc in accordance with Fed. R. Civ. P. 15(c)

## CERTIFICATE OF SERVICE

Santosh Paul *, Sui Juris, is serving this NOTICE OF PITITION TO DISMISS FOR LACK OF PERSONAL AND SUBJECT MATTER JURISDICTION OF THE STATE OF New York OVER A FOREIGN STATE AND A STATE CITIZEN DOMICILED IN A FOREIGN STATE AND THE STATE OF New York TO HAVE JURISDICTION OVER A STATE CITIZEN OF A FOREIGN STATE WITH NO NEXUS WITH THE STATE OF NEW YORK.

Service as follows:

Mr. G. Kevin Ludlow

1220 Washington Ave Building #2

Albany New York [12226]


Ms. Sally Thompson

1220 Washington Ave Building #2

Albany New York [12226]


Ms. Ellen Alexander

1220 Washington Ave Building #2

Albany New York [12226]

Gary Morgiewicz

1220 Washington Ave Building #2

Albany New York [12226]


UNITED STATES DISTRICT COURT

EASTERN DIVISION OF NEW YORK


therefrom, **will be** considered "Hostile" threats of seizure as THEIR ongoing presentment(s) **IS and/or ARE**; WITHOUT IMMUNITY PIERCING THE CORPORATE VEIL AND INSTRUMENT RULE, thereby granting express consent to the Defendant, Deprivation of Civil Rights after Notice of the **FACTS** and enforceable codes, with knowledge and intent.


Santosh Paul °, State Citizen/Principle by

Special Appearance, In Propia Persona, proceeding

Sui Juris, with Assistance, Special and explicit

Reservation of all of my unalienable rights.

"Without Prejudice," UCC §§1-207, 1-103, 1-105, 10-104

11

EXHIBIT "A"

STAMPED COPY OF ORIGINAL UCC-1 201302190089490

003281          2013 FEB 19  AM 9:00

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

> Santhosh-K.: Paul
> C/O 2431 Cliff Lane
> North Bellmore, New York Republic
> [near 11710]
> Non-Domestic / Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
SANTHOSH K. PAUL© - ORGANIZATION/TRADE NAME/TRADEMARK

| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2431 CLIFF LN | N. BELLMORE | NY | 11710 | USA |

| 1d. | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | ENS LEGIS/TRUST | PRIVATE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | Paul | Santhosh- | K.: | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 2431 Cliff Lane | North Bellmore | New York | [near 11710] | uSA |

4. This FINANCING STATEMENT covers the following collateral:

This is actual and constructive notice of the collateral record owner; Santhosh-K.: Paul©, and the DEBTOR; SANTHOSH K. PAUL© in the Commercial Chamber under necessity that all of the DEBTOR's interest now held or hereafter acquired is hereby accepted as collateral for securing contractual obligations in favor of the Secured Party as detailed in the true, correct, complete witnessed Security Agreement No. 03251975-SKP-SA, in the possession of the Secured Party. The following property is hereby registered in the same: All Certificate of Birth, Document No. _____ as herein leined and claimed at a sum certain $10,000,000,000.00; New York Drivers License No. _____; Cusip No./Employer Identification No./UCC Contract Trust Account No. _____; Preferred Stock No./Pre-paid Account  No. _____; Autotris No./Exemption Identification No. _____; Power of Attorney No. 03251975-SKP-POA; Hold Harmless Identification No. 03251975-SKP-HHIA; Copyright Notice No. 03251975-SKP-CLC; Form 56 No. 03251975-SKP-F56; Form 56 No. 03251975-SKP-F56-2; W8BEN No. 03251975-SKP-W8BEN. Said registration is to secure the rights title(s) and interests in and of the Root of Title and Birth Certificate No. _____ as received by KERALA DEPARTMENT OF HEALTH AND WELFARE (Division of Vital Statistics) DNA, RNA, Retinal Scans and all Debentures, Indentures, Accounts, and all Pledges represented by the same included but NOT limited to the pignus, Hypotheca, hereditaments, res, the energy and all products derived there from Nunc Pro Tunc, but NOT limited to all capitalized names: SANTHOSH K. PAUL©. PAUL©.S. K. PAUL©, SANTHOSH PAUL©, PAUL SANTHOSH

### [Continued on UCC ADDENDUM #16]

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. | | | | | | | | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
Date: 02/07/2013          Secured Party: _Santhosh: Paul_

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

_Tina Paul Attorney in Fact_

## FILING NUMBER: 201302190089490

003281        2013 FEB 13  AM 9:00

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR   SANTHOSH K. PAUL© - ORGANIZATION/TRADE NAME/TRADEMARK

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR   11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION

**12. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

12a. ORGANIZATION'S NAME

OR   12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

K©,S K PAUL© or any derivatives thereof as used in commerce, and all contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed, or photocopied of owners name predicated on the 'straw-man' Ens Legis/Trust described as the DEBTOR and ALL property is accepted for value and is exempt from levy. Record Owner is not the guarantor or surety to any account by explicit reservation. Adjustment of this filing is from Public Policy HJR-192, Public Law 73-10, UCC 1-104. ALL proceeds, products, accounts, baggage, and fixtures and the orders there from are to be released to the Secured Party as the authorized representatives of the DEBTOR. DEBTOR is a commercial transmitting utility and is a trust. Also entered into the Commercial Registrar a $5,000,000,000.00 Collateral Bond Collateralized by Birth Certificate No. ▓▓▓▓▓ filing. All collateral is hereby registered; Note: Secured Party is the Holder-In-Due-Course of All Documents, and Documents of Title listed and attached to financing Statement.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

## Continuation from "16. Additional Collateral Description"
### #03251975-SKP-CAD

1. All Comprehensive Annual Financial Reports, All Comprehensive Revenues, All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, Service of:
   a. All Organic Codification National and Regional Constitutional Trust, Indenture Organizations and Their Political Subdivisions;
   b. All Organic Uncodification National and Regional Constitutional Trust Indentures Organizations And their Political Subdivisions;
   c. All Religious government Trust Indentures Organizations and their Ecclesiastical Provinces, Metropolitans.

2. All Sworn Oaths, All Sworn Affirmations, All Sworn Insurance Providers for All Agents, Employees, And Officers of the above list of Organizations.

3. All Annual Financial Reports, All Comprehensive Net Revenues, All Fiscal and Calendar Accounts, Proceeds, Products, Fixtures, and Service of all Adverse, Belligerent, and/or Combatant Participant Non Political Entities such as a Corporation(s), and voluntary Associations, whether Incorporated or Not, whether by, Licenses, Registrations, Records, Permits, or Certification;
   a. All Adverse, Belligerent, and/or Combatant Participants, Non-Political Entities Licenses, Registrations, Records, Permits, Memorandums, and ARTICLES OF ASSOCIATIONS.

4. Entire List of Securities is in the Individual Organization's Public Record; Registrations, Library Catalogs, and other data depositories and Repositories.

Collateral Security list shall hold the Secured Party as Priority, Primary, and/or True Legal and Lawful filer as Secured Party as Evidence in Fact by Secretary of State according to him/her authority grants truth by his/her witness to this Security List:

Secretary Of State New York Recording Number _2013 021 7008 9 190_ ;
Washington D.C. Secretary of Treasury by Certified Mail No. _7011 1570 0000 0093 6916_ ;
Puerto Rico, Secretary of Treasury by Certified Mail No. _7011 1570 0000 0093 6693_ ;
Enterprise Computing Center, by Certified Mail No. _7011 1570 0000 0093 6909_ .

Collateral Security List herein is with acceptance and return for full legal and lawful Exchange all value is Legally and Lawfully Exempt from Levy. Ucc-1 Collateral Statement for Santhosh-K.: Paul[c] Trust

007038

2013 AUG -1

EXHIBIT "B"

STAMPED COPY OF FILED TRUST WITH APOSTILLE 201304010174208

007038      2013 APR -1  AM 9:00

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

> Santhosh-K.: Paul
> C/O 2431 Cliff Lane
> North Bellmore, New York Republic
> [near 11710]
> Non-Domestic / Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME

1a. ORGANIZATION'S NAME

SANTHOSH K. PAUL;NON-ADVERSE;NON-BELLIGERENT;NON-COMBATANT PARTY

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 1c. MAILING ADDRESS  2431 CLIFF LN | CITY  N. BELLMORE | STATE NY POSTAL CODE 11710 | COUNTRY USA |
| 1d. | 1e. TYPE OF ORGANIZATION TRUST | 1f. JURISDICTION OF ORGANIZATION PRIVATE | 1g. ORGANIZATIONAL ID #, if any  ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 2c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |
| 2d. | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. |

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME

| 3b. INDIVIDUAL'S LAST NAME  Paul - bailor | FIRST NAME  Santhosh | MIDDLE NAME  K.: | SUFFIX |
|---|---|---|---|
| 3c. MAILING ADDRESS  2431 Cliff Lane | CITY  North Bellmore | STATE New York POSTAL CODE [near 11710] | COUNTRY uSA |

4. This FINANCING STATEMENT covers the following collateral:

SANTHOSH K. PAUL;NON-ADVERSE;NON-BELLIGERENT;NON-COMBATANT PARTY IS THE DEBTOR/BAILEE;

Santhosh-K.: Paul TRUST NON-ADVERSE; Non-Belligerent; Non-Combatant Party is the Secured Party/Bailor

All property of the DEBTOR now belongs to the Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards. In Summation Inclusive Collateral Security list as follows:

### [Continued on UCC ADDENDUM #16]

Date:  3/29/2013      Secured Party:  Santhosh: Paul

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## FILING NUMBER: 201304010174208

007038   2013 APR -1 AM 9:00

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

SANTHOSH K. PAUL, NON ADVERSE, NON-BELLIGERENT, NON COMBATANT PARTY

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

The Secured Party, Santhosh-K.: Paul, is a living, flesh upon the soil of the land known as New York, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence and by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non perttienti.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. ADD'L INFO RE | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION
ORGANIZATION
DEBTOR

**12. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME** - insert only one name (13a or 13b)

12a. ORGANIZATION'S NAME

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ Debtor is to cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16. Additional collateral description:**

This is an Actual and Constructive Notice that all the DEBTOR'S Interest and Property of all Sorts and every kind now held or hereafter acquired in hereby accepted as Collateral and for Securing Contractual Obligations in Favor of the Secured Party as detailed in a TRUE, CORRECT, Notarized Security Agreement In Possession of the Secured Party per the Contract. The above mentioned Secured Party hereby duly gives Notice of Claim to all rights, interest and title. All Claims are property of Secured Party Creditor. The DEBTOR will INDEMNIFY ALL CONTRACTS. The DEBTOR is a Transmitting Utility and is a Trust. All Property is hereby transferred assigned to the Secured Party Creditor.  As Good As Aval.

**Continued on Attached #03251975-SKP-CAD**

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

**NOTICE TO CLERK AND RECORDER**

**Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND
NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

LS: _Santhosh-K.: Paul_

Santhosh-K.: Paul©, Secured Party   _Tina Paul
Attorney in Fact_

**ACKNOWLEDGEMENT**

County of _Nashu_

_New York_ State
)
) Scilicet
)

SUBSCRIBED AND SWORN TO before me this _19th_ day of _April_ A.D. 20_13_ .
Personally Known _____ OR Produced Identification _____ ✓

_[signature]_ Seal

Notary Public Signature

My Commission Expires _11/21/15_

LOUIS RUGGIERO
Notary Public, State of New York
No. 01RU6173064
Qualified in Nassau County
Commission Expires December 22, 20_17_

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Santhosh-K.: Paul© to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of New York", i.e., "Republic of New York", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEW YORK", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

LS: _Keapanasulkh_

First Witness:
Date: _4/19/13_

LS: _[signature]_

Second Witness:
Date: _4-19-13_

11 of 24

Initials: _SP_

Item # 03251975-SMP-LND



# *Apostille*

(Convention de La Haye du 5 Octobre 1961)

1.   Country:      United States of America

     This public document

2.   has been signed by **Maureen O'Connell**

3.   acting in the capacity of **County Clerk**

4.   bears the seal/stamp of the county of **Nassau**

Certified

5.   at Albany, New York              6.   the 30th day of April 2013

7.   by Special Deputy Secretary of State, State of New York

8.   No. A-11377

9.   Seal/Stamp                            10.  Signature



Sandra J. Tallman
Special Deputy Secretary of State

Apostille (REV. 09/25/12)

EXHIBIT "C"

STAMPED COPY OF FILED COPY OF ACCEPTANCE COURT CAUSE 035N-07

012355   2013 MAY 28  AM 9: 00

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Santhosh-K-Paul
C/O 2481 Cliff Lane
North Bellmore, New York Republic
(near 11710)
Non-Domestic / Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
201304010174208

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION

6a. ORGANIZATION'S NAME
SANTHOSH K. PAUL;NON-ADVERSE;NON-BELLIGERENT;NON-COMBATANT PARTY

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
|    |                           |            |             |        |

7. CHANGED (NEW) OR ADDED INFORMATION

7a. ORGANIZATION'S NAME

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
|    |                           |            |             |        |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---------------------|------|-------|-------------|---------|
|                     |      |       |             |         |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |
|----------------------|-----------------------------------|--------------------------|----------------------------------|----------------------------------------|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

The following property is accepted for Value, exempt from levy, and herewith Registered in the Commercial Chamber and is Private Property (conveyance) of the Secured Party as Authorized Representative of the DEBTOR, Papers of Instruments; any/all Documents of APOSTILLE A-11377 by the Secretary of State of New York is now Public Record and is owned by Secured Party. Secured Party must be satisfied in full upon dishonor via Settlement Agreement via Certified Check and/or Certified Documents of Claim.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
SANTHOSH K. PAUL;NON-ADVERSE;NON-BELLIGERENT;NON-COMBATANT PARTY

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
|    |                           |            |             |        |

10. OPTIONAL FILER REFERENCE DATA
Date: 05/23/13       Secured Party's Signature  Santhosh K Paul

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## FILING NUMBER: 201305280294313

**424053**          **2013 Jun 19 PM04:25**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE #   201304018174288 FiledDate: 01-APR-13 | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|

| 2. | TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement. |
|---|---|

| 3. | CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law. |
|---|---|

| 4. | ASSIGNMENT (full or partial) Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9. |
|---|---|

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address  Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☒ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable). |
|---|---|---|

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME  SANTHOSH K. PAUL ;NON-ADVERSE;NON-BELLIGERENT;NON-COMBATANT PARTY | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| | 7d. ADD'L INFO RE  ORGANIZATION  DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

The following Property is Accepted for Value, herewith registered in the Commercial Chamber and is private property [conveyance] of the Secured Party as Authorized Representative of the Debtor. Bonding Papers of Instruments, any/all documents using IRD No.: 6350-07 and Alien Registration/File No. XXXXXXXX, E-vent No. RYC6967061414 with any associated cases and/or administration charges. Said occurring charges/funds to fully Dis-chargeable "by accommodation" Good as Avail. Secured Party must be satisfied in full amount in full distance via settlement agreement via certified Bank Check and/or Bill of Exchange and/or full discharge with acknowledgment.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME  PAUL - BAILOR | FIRST NAME  SANTHOSH- | MIDDLE NAME  K.; | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-201306198252570**

EXHIBIT "D"

NOTICE OF RESCISSION OF SIGNATURE(S)

AND

NOTICE OF REVOCATION OF POWER OF ATTORNEY

*NOTICE OF RESCISSION OF SIGNATURES*

*AND*

*NOTICE OF REVOCATION OF POWER OF ATTORNEY*

I, Santosh -K: Paul®, declare that I, except for invocation of **POWER OF ATORNEY** granted to me, Santosh-K: Paul ®, as attorney-in-fact for SANTOSH K PAUL©, knowingly, hereby extinguish, rescind, revoke, cancel. Abrogate, annul, nullify, discharge, and make void *ab initio* **all** signatures, belonging to me, on all previously and **all** powers of attorney real and implied, connected thereto the above **CAUSE NO(S)07R3079** ; ID# **00035N-2007**, on the grounds that my purported consent **was not** voluntarily and freely obtained, but was made through mistake, threat, duress, coercion, fraud, and undue influence exercised by officer(s)/Agent(s) of the STATE OF NEW YORK, COUNTY OF NASSAU , STATE OF NEW YORK ADULT PAROLE AUTHORITY, and DEPARTMENT OF REHABILITATION AND CORRECTION; NASSAU COUNTY SHERIFF'S DEPARTMENT.

I was induced by fraud and duress to sign such forms and I was denied full disclosure of the voluntary nature of such form(s)/document(s)/paper(s)/writ(s). I was mislead by those who knew, or should have known, into believing that filing such forms was, in fact, mandatory and/or implied, were unconscionable and grossly unfair to me. I was unduly, influenced by the stronger bargaining of power of officer(s)/agent(s) of the court(s) and agent(s) of the STATE OF NEW YORK , COUNTY OF NASSAU , STATE OF NEW YORK ADULT PAROLE AUTHORITY, and NEW YORK DEPARTMENT OF REHABILITATION AND CORRECTION; NASSAU COUNTY SHERIFF'S DEPARTMENT and acted under an implied threat and fear of potential imprisonment for non-compliance. **Any alleged consent is null and void as it was given under duress,** by mistake, threats, coercion, and by fraud. Notwithstanding any information which you may have to the contrary, any forms that have been filed in this cause, and any implied *quasi contracts* that the STATE OF NEW YORK, COUNTY OF NASSAU, STATE OF NEW YORK ADULT PAROLE AUTHORITY, and NEW YORK DEPARTMENT OF REHABILITATION AND CORRECTION; NASSAU COUNTY SHERIFF'S DEPARTMENT are relying on or feel it may have with me, were filed illegally and unlawfully are without force and effect.

I further revoke, rescind, and make void *ab initio* all powers of attorney pertaining to me from officer(s/agent(s) for the STATE OF NEW YORK, COUNTY OF NASSAU, STATE OF NEW YORK ADULT PAROLE AUTHORITY, and NEW YORK DEPARTMENT OF REHABILITATION AND CORRECTION; NASSAU COUNTY SHERIFF'S DEPARTMENT and for any and all said recorded/stated governmental/*quasi*/colorable agencies and/or Departments created under the authority if Art. I, Sec. 8, Cl. 17, and/or Art. IV, Sec. 3. Cl. 2 of the Constitution of the United States not to include **POWER OF ATTORNEY** given and declared to Santosh -K: Paul ® as attorney-in-fact.

If any person, principal, or agent in any matter represents , or think you represents  SANTOSH K PAUL®; PAUL K SANTOSH; Santosh K Paul ®, you, your replacement(s), your assign(s), and your heir(s) are forever **TERMINATED**, No attorney; person; assign; or other corporate fiction representative is to make a legal determination in the commercial affairs of Santosh K Paul; or any derivative thereof; or the affairs of the living man known as  Santosh -K:Paul ®. Any party who elects to make any legal determination is herein given notice.

1